Kevin EVANS, Petitioner

v.

OFFICE OF COMPLIANCE, Respondent

2016-1444

United States Court of Appeals, Federal Circuit.

November 14, 2016

CHARLES ELLIOT WAGNER, Silver Spring, MD, argued for petitioner.

JOHN UELMEN, Office of the General Counsel, Office of Compliance, Washington, DC, argued for respondent. Also represented by HILLARY BENSON.

(Newman, Lourie, and Moore, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**